**MEMO ENDORSED**

**BN**      **BARRON & NEWBURGER, PC**

Arthur Sanders
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

October 11, 2021

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:     FELBERBAUM v. CREDIT SHOP, INC. et al
         Docket No. 21-cv-03714

Dear Judge Karas:

Please be advised that this office represents defendant, Credit Shop, Inc, also known as CreditShop, LLC. This letter is written to request an adjournment of tomorrow's court conference and is being made upon short notice due to the fact that we were not previously aware of the initial conference date.

There was a previous conference on this case on July 27th, but Credit Shop was not yet represented at that time and did not appear at that conference. Our office commenced representation after that date and only recently filed an Answer. We did not realize that the previous conference was adjourned to tomorrow October 12, 2021.

I will be traveling tomorrow and will be on an airplane at the time that this conference has been scheduled. As a result, defendant Credit Shop is requesting an adjournment to the week of October 18th at any time convenient to the court. This is the first request for an adjournment of the initial conference and is made with the consent of counsel for plaintiff and with the consent of counsel for co-defendant, Phillips & Cohen Associates, Ltd.

I apologize for the short notice to the court.

Sincerely,

BARRON & NEWBURGER, P.C.

_____

By: Arthur Sanders
as/bmm

Granted. The Court will hold a teleconference on 10/20/2021 at 12:00 PM

SO ORDERED

KENNETH M. KARAS U.S.D.J.
10/12/2021